UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANDRES LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COLUSA COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>        Defendants. | No.  2:12-cv-1571 DAD P<br><br><br>ORDER |

      Pending before the court is defendants' motion for summary judgment.  Defendant Nurse Holt's declaration filed in support of that pending motion for summary judgment refers to an attached Exhibit A, which is supposedly a true and correct copy of plaintiff's jail medical file. After reviewing defendant Nurse Holt's declaration, however, the court observes that it appears that defense counsel inadvertently failed to attach plaintiff's jail medical file to Nurse Holt's declaration.  Instead, counsel appears to have attached the records he received from the Del Norte Clinic, which counsel had already submitted with his own declaration in support of the motion.

/////

/////

/////

/////

/////

1    Good cause appearing, IT IS HEREBY ORDERED that within ten days of the date of this
2 order, defense counsel shall file defendant Nurse Holt's Exhibit A, a true and correct copy of
3 plaintiff's jail medical file.
4 Dated: November 6, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lope1571.recs