# CFMG
## California Forensic Medical Group
INCORPORATED

# DOCTORS ORDERS    ALLERGIES NKDA

NAME  LOPEZ   Jesus          DOB ▬▬▬▬▬      BKG # 157000 3332

| | |
|---|---|
| 9-10-12<br>10:30 | Bactrim DS ī tab po BID x 10 days  #20 |
| | Methamin 500mg ī tab po BID x 30 days #60 |
| | Diabetic diet DOS |
| | FS BS BID @ 0600 and 1700 x 3 days |
| | RNP Sick call 30 days for chronic care Pz0 |

Jeremy R. Austen, MD
Jeremy R. Austen M.D.

SEP 14 2012



CFMG
California Forensic Medical Group
INCORPORATED

## DOCTORS ORDERS    ALLERGIES NKDA

NAME LOPEZ, Jesus    DOB ▓▓▓▓▓    BKG # 151000 3332

| 07-07-11 09:00 | Bland diabetic diet DOS |
| | BP √ QOD x 3 → CR |
| | FSBS BID @ 0600 and 1700 x 7days → CR |
| | ROI pharmacy / medical records |
| | FNP SC once ROI received |
| | ✗ADVISFNP |
| | Jeremy R. Christian, MD |
| | Jeremy R. Astzy M.D. |
| | JUL 18 2011 |
| 7-18-11 09:00 | Miconizale cream 2% apply BID x 14 days  28 g tube Kor |
| | D/c Bland diet |
| | ✗ADVISFNP |
| | Jeremy R. Christian, MD |
| | Jeremy R. Astzy M.D. |
| | JUL 25 2011 |
| 09-01-11 14:10 | H₂O₂ 50/50 Solution Swish & spit.↑ p̄ all meals x 14 days |
| | Dental sick call #2 |
| | Jeremy R. Christian, MD  ✗ADVISFNP |
| | Jeremy R. Astzy M.D. |
| | SEP 09 2011 |
| 9/22/11 @0940 | Tylenol #3 ī po stat then  9/22/11 avgatt ✗ |
| | Tylenol #3 ī po bid x 2d √ |
| | noted 9-22-11 @ 18:50 |
| | Mary D  J. Belt, MD |

CFMG DO1

000008

**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

# PHYSICAL EXAMINATION   1 year P.E.

PATIENT'S NAME: LOPEZ, Jesus ___ BKG.# 1510003332 DOB: ▓▓▓▓

GENERAL APPEARANCE __A & O, well-developed in no apparent distress, appears stated age.__

VITAL SIGNS: __T 982   P 62   R 12   B/P 160/80 WT. 223__

PPD __7-12-11__ ___ RESULTS __negative__

Pt began crying when entered exam room. "my court proceedings
did not go the way I hoped, I'm having a lot of depression and
Anxiety. I need to talk to Dr Toribio. No current feeling to harm
self or others. See 3 page Colusa mental health

NOTE POSITIVE SIGNS BELOW: questionnaire

SKIN: __Color and turgor good. Skin warm, dry and intact.__

HEAD (EENT) __TM's gray, hearing intact, PERRLA, consensual response present, EOM's intact.__
__Fundiscopic: disk flat without exudates or hemorrhages. Mucosa pink w/o exudates__

RESPIRATORY SYSTEM __Lungs clear to auscultation and percussion__

CARDIOVASCULAR SYSTEM __Regular rate & rhythm without gallops, rubs or murmurs appreciated__

GASTROINTESTINAL SYSTEM __Contour normal w/o aortic, renal or femoral bruits. + epigastric__
__tenderness BS + X 4. No masses/organomegaly. No CVA tenderness__

ENDOCRINE SYSTEM __C/O 2 wk h/o polyuria, polydipsia & polyphagia, PMHX DM. No thyroid problems__

GENITOURINARY SYSTEM __Denies dysuria, hematuria, poor stream, urgency, or incontinence__

NERVOUS SYSTEM __A & O x 3, CN's II through XII grossly intact. Muscle strength 4 +__
__in all groups. Gait WNL. DTR + 2 throughout__

SKELETAL SYSTEM __No redness, swelling, or tenderness in any joints. Back has full ROM w/o pain__

EXTREMITIES __Upper & lower extremities with full ROM, no deformities__

DIAGNOSIS __1) GERD   2) Possible DM   3) Situational Anxiety   4) Possible HTN__

REMARKS OR REQUESTED STUDIES __CBC ē diff, CMP, TSH__

Plan: FSBS BID x 7 ⟶ OR
BP ✓ QOD x 3 ⟶ OR
Diabetic diet x 30 days
Prilosec 20mg ī cap po BID x 30 days #60
Contacted Colusa behavioral health, patient added to
Dr. Toribio's sick call and crisis team called
to meet ē patient now.

Addendum: 6-20-12 @ 16:00 Crisis team arrived to
interview patient ___ JHolt FNP   Jeremy R. Austin, MD

SIGNED   James Holt FNP                    DATE 06-Jun 25 2012
CFMG P.E.

000013

CFMG
**California Forensic Medical Group**
I N C O R P O R A T E D

# TB ASSESSMENT FORM

| NAME: LOPEZ Jesus | DATE: 7-12-11 |
|---|---|
| DOB: [redacted]    BOOKING #: 151000 3332 | AGE: 38 |

## HISTORY

| Previous Skin Test: (Y)/N | When: 2007 | Where: Colusa Co. | | Results: Neg. | |
|---|---|---|---|---|---|
| Previous X-rays: (Y)/N | Normal: (Y)/N | Abnormal: Y/(N) | Past INH: Y/N | Completed INH: Y/N | |

| Night Sweats: | Y/(N) | Kidney Disease: | Y/(N) | Contact with Active T.B.: | | | Y/(N) |
|---|---|---|---|---|---|---|---|
| Cough: | Y/(N) | Pneumonia: | Y/(N) | HIV Test: | (Y)/N | Alcohol: | Y/N |
| Sputum: | Y/(N) | Bronchitis: | Y/(N) | Steroids: | Y/(N) | Smoking: | (Y)/N |
| Weight Loss: | Y/(N) | Liver Disease | Y/(N) | Diabetes: | (Y)/N | Street Drugs: | (Y)Y/N |
| Recent Immigrant: | Y/(N) | Where: | | Homeless: | | | Y/(N) |
| BCG Vaccine: | Y/(N) | When: | | Nutritional Compromise: | | | (Y)/N |

| .1 CC 5TU-PPD   Given intradermal: (R) L  arm (circle) | Results: ⊘ mm |
|---|---|
| Date: 7-12-11 @ 16:50 Lot 148610 | Date: 7-15-11 @ 11:00 |
| Signature: J Davis FNP  Exp 7-14-11 | Signature: Jason Holt FNP |

**COMMENTS:**

No previous x-ray test for TB

HIV testing 2010 - negative

Diabetes 3/2010 - current FSBS all normal

ETOH - recreational

Tobacco - recreational

Street Drugs - used meth & marijuana in past, last used 2008

Nutritionally compromised - pt is not nutritionally compromised
Jeremy R. Chester MD
Jeremy R. Astay M.D.

**Medical Provider's Review**

Retest: Y/(N)  Chest X-ray:  Y/(N)  Therapy: Y/(N)
Public Health Department Notified: Y/(N)

Class

0   No tuberculosis exposure: not infected (no history of exposure, reaction to tuberculin skin test not significant).

1   Tuberculosis exposure: no evidence of infection (history of exposure, reaction to tuberculin skin test not significant).

2   Tuberculosis infection, no disease (significant reaction to tuberculin skin test; negative bacteriologic studies (if done); no clinical and/or roentgenographic evidence of tuberculosis).

3   Tuberculosis: infection with current disease (M tuberculosis cultured (if done); otherwise, both a significant reaction to tuberculin skin test and clinical and/or roentgenographic evidence of current disease).

4   Tuberculosis: no current disease (history of previous episode(s) of tuberculosis, or abnormal stable roentgenographic findings in a person with a significant reaction to tuberculin skin test; negative bacteriologic studies (if done); no clinical and/or roentgenographic evidence of current disease).

5   Tuberculosis suspect (diagnosis pending).

CFMG-TBAF-2

JUL 18 2011

Provider Signature: Jesus A Rios    Date: 7-12-11/000014

# COLUSA COUNTY SHERIFFS DEPARTMENT MEDICAL E/72 SCREENING

Inmate: 1510003332 LOPEZ, JESUS 06/22/15

Officer: CULL I  125

DATE:      6/29/2011 12:04:06 PM

**1. VISUAL OBSERVATION (CHECK ALL OBSERVED)** *GENERAL POPULATION*
- ☐ IS INMATE UNCONCIOUS OR SHOWING VISIBLE SIGNS OF ILLNESS, INJURY, BLEDDING, PAIN OR OTHER SYMPTOMS
- ☐ DOES THE INMATE EXHIBIT ANY SIGNS THAT SUGGEST THE RISK OF SUICIDE, ASSAULT, OR ABNORMAL BEHAVIOR?
- ☐ DOES THE INMATE APPEAR TO BE MENTALLY RETARDED OR EXHIBITING HEARING OR SPEECH PROBLEMS?
- ☐ DOES THE INMATE APPEAR TO BE UNDER THE INFLUENCE OF, OR WITHDRAWING FROM DRUGS OR ALCOHOL?
- ☐ IS THE INMATES MOBILITY RERSTRICTED IN ANY WAY DUE TO DEFORMITY, CAST, INJURY, ETC.?

**2. INMATE QUESTIONNAIRE**
- ☒ HAVE YOU HAD OR BEEN TREATED FOR: ASTHMA, DIABETES, EPILEPSY, HEART CONDITION, HIGH BLOOD PRESSURE *HIGH BLOOD PRES., DIABETES, ACID REFLEX, RESTLESS LEG SYNDROME*
- ☒ HAVE YOU TAKEN OR ARE YOU TAKING MEDICATION(S) PRESCRIBED FOR YOU BY A PHYSICIAN? *METFORMAN, PRILOSEC, LISINIPRIL, REQUIP*
- ☐ ARE YOU ALLERGIC TO ANY MEDICATION, FOOD, PLANTS, ETC.?
- ☐ HAVE YOU FAINTED OR EXPERIENCED A HEAD INJURY WITHIN THE LAST 72 HOURS?
- ☐ DO HAVE OR HAVE YOU BEEN EXPOSED TO AIDS, HEPATITIS, TB, VD, OR OTHER COMMUNICABLE DI
- ☐ IN THE LAST SEVERAL MONTHS, HAVE YOU EXPERIENCED UNEXPECTED WEIGHT LOSS, RECURRING FEVERS, EXESSIV
- ☐ HAVE YOU BEEN HOSPITALIZED BY A PHYSICIAN OR PSYCHIATRIST WITHIN THE LAST YEAR?
- ☐ HAVE YOU EVER BEEN TREATED AT A REGIONAL CENTER OR DIAGNOSED WITH DEVELOPMENTAL PROBLEMS?
- ☐ HAVE YOU EVER CONSIDERED OR ATTEMPTED SUICIDE?
- ☐ DO YOU HAVE A PAINFUL DENTAL CONDITION?
- ☒ ARE YOU ON A SPECIFIC DIET PRESCRIBED BY A PHYSICIAN? *DIABETIC*
- ☐ DO YOU USE DRUGS?

HOW OFTEN?

LAST TIME?

WHAT KIND?

HOW MUCH?
- ☐ DO YOU USE ALCOHOL?

HOW OFTEN?

LAST TIME?

WHAT KIND?

HOW MUCH?
- ☐ FEMALES: ARE YOU PREGNANT, RECENTLY DELIVERED OR ABORTED; ON BIRTH CONTROL PILLS; HAVING ABDOMINAL PAIN OR DISCHARGE?

LAST MENSTRUAL PERIOD?
- ☐ DO YOU CURRENTLY FEEL THAT YOU ARE ILL IN ANY WAY?

EDICAL COVERAGE
- COVERAGE? *NONE*

**4. DOCTOR**

NAME: *DR. CHANDLER IN COLUSA*

**5. REMARKS**

REMARK:

Inmate's Signature: _____  Date:_____  Officer's Signature:_____  Date:_____

# Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

REPORT STATUS **FINAL**

PATIENT INFORMATION
LOPEZ, JESUS

DOB: ████████ AGE: 39
GENDER: M FASTING: N

ORDERING PHYSICIAN
HOLT,

SPECIMEN INFORMATION
SPECIMEN:    YS3373301
REQUISITION:

ID:
PHONE: 530-458-0235

CLIENT INFORMATION
6008153                                    999999
CFMG - COLUSA JAIL
MEDICAL DEPT.
929 BRIDGE ST
COLUSA, CA 95932
530-458-0235

COLLECTED:  08/23/12    10:30
RECEIVED:   08/23/12    13:24
REPORTED:   08/27/12    08:36

---

COMMENTS: *** AT YOUR REQUEST, A COPY OF THIS REPORT WAS SENT TO: ***
         1) HOLT,FNP @ 1-530-458-2665

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| URINALYSIS C+S, IF IND | | | | | |
| URINALYSIS, COMPLETE | | | | | |
| COLOR | AMBER | | | YELLOW | SC |
| APPEARANCE | | CLOUDY | * | CLEAR | SC |
| SPECIFIC GRAVITY | | | | 1.001-1.035 | SC |
| >1.045 | | | | | |
| PH | 5.5 | | | 5.0-8.0 | SC |
| GLUCOSE | | 1+ | * | NEGATIVE | SC |
| BILIRUBIN | NEGATIVE | | | NEGATIVE | SC |
| KETONES | | TRACE | * | NEGATIVE | SC |
| OCCULT BLOOD | NEGATIVE | | | NEGATIVE | SC |
| PROTEIN | | 2+ | * | NEGATIVE | SC |
| NITRITE | NEGATIVE | | | NEGATIVE | SC |
| LEUKOCYTE ESTERASE | | TRACE | * | NEGATIVE | SC |
| WBC | 0-5 | | | 0 - 5 per hpf | SC |
| RBC | NONE SEEN | | | 0 - 3 per hpf | SC |
| SQUAMOUS EPITHELIAL CELLS | 0-5 | | | 0 - 5 per hpf | SC |
| RENAL EPITHELIAL CELLS | NONE SEEN | | | < OR = 3 per hpf | SC |
| BACTERIA | NONE SEEN | | | NONE SEEN per hpf | SC |
| CRYSTALS | NONE SEEN | | | NONE SEEN per hpf | SC |
| HYALINE CAST | | 0-5 | * | NONE SEEN lpf | SC |
| GRANULAR CASTS | NONE SEEN | | | NONE SEEN lpf | SC |
| YEAST | NONE SEEN | | | NONE SEEN | SC |
| CULTURE AND SENS. IF IND. | | | | | |
| CULTURE | | IS INDICATED | | | SC |

A URINE CULTURE IS INDICATED IF THE FOLLOWING CRITERIA LISTED BELOW
ARE MET.
THE CULTURE WILL AUTOMATICALLY BE ORDERED WHEN RESULTS ARE RELEASED.
* 6 OR MORE WBC/hpf
* 10-25 BACTERIA/hpf (FEW) OR MORE AND ONE OR BOTH OF THE FOLLOWING:
      6 OR MORE WBC/hpf, POSITIVE LEUKOCYTE ESTERASE
* POSITIVE FOR NITRITE AND ONE OR BOTH OF THE FOLLOWING:
      6 OR MORE WBC/hpf, POSITIVE LEUKOCYTE ESTERASE

*Jeremy R. Austin, MD*
*Jeremy R. Austin MD*

SEP 1 4 2012

**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

## CONFIDENTIAL TRANSFER OF MEDICAL INFORMATION

FACILITY: ~~GLENN~~ COLUSA COUNTY JAIL   DATE FORM COMPLETED 9-14-2012

☐ NEEDS IMMEDIATE ATTENTION

☐ NO MEDICAL TREATMENT GIVEN PRIOR TO TRANSFER

INMATE NAME: LOPEZ, JESUS

AKA: _____   DOB: ▬▬▬▬▬

ALLERGIES: NKDA   Shrimp

MEDICAL / MENTAL HEALTH PROBLEMS: 1) GERD/Dyspepsia 2) NIDDM
3) UTI  4) ® ingrown toenail  5) H/o methamphetamine
6) MDD  7) ELEVATED LIVER ENZYMES  dependence

| MEDICATIONS: | DOSE | ROUTE | FREQUENCY | START DATE | STOP DATE |
|---|---|---|---|---|---|
| BACTRIM DS | 1 tab | PO | BID | 9-10-2012 | 9-19-2012 |
| METFORMIN | 500 mg | PO | BID | 9-10-2012 | ongoing |
| MIRTAZAPINE | 45 mg | po | QHS | 8-21-2012 | ongoing |
| CITALOPRAM | 30 mg | po | q AM | 8-21-2012 | ongoing |
| Omeprazole | 20 mg | po | BID | 8-21-2012 | ongoing |

TREATMENTS:
Diabetic Diet, FSBS BID   9-10-2012   ongoing

PREGNANT:
☐ YES  ☑ NO  ☐ UNKNOWN

TB  SKIN TEST: (NEG) POS  DATE 7-15-2012

CHEST X-RAY:  NEG  POS  DATE _____

OTHER LAB DATA:
Shrimp allergy positive
Glucose 156
AST 67 (ref 10-40)
ALT 118 (ref 9-60)

PENDING APPOINTMENTS:
Past dental and
psychiatry, none
pending

ATTACHMENTS: ☐ YES  ☐ NO

| TESTS: | | | TREATED DATE |
|---|---|---|---|
| RPR: | NEG | POS N/a | YES NO _____ |
| VDRL: | NEG | POS N/a | YES NO _____ |
| GC: | NEG | POS | YES NO _____ |
| OTHER: | _____ | | YES NO _____ |

IMMUNIZATIONS GIVEN: N/a   DATE

COMPLETED BY: _Jenny Z Austin_   SIGNATURE / TITLE MEDICAL DIRECTOR

TRANSPORT INSTRUCTIONS:   ☐ UNIVERSAL BODY SUBSTANCE PRECAUTIONS

000064

**CFMG**
**California Forensic Medical Group**
INCORPORATED

## DIABETIC CHART

NAME: LOPEZ   Jesus          BKG#_____          DOB ___/___/___

| URINE TEST INFORMATION | | | | BLOOD | INSULIN | | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) |
|---|---|---|---|---|---|---|---|
| Date | Hour | Sugar | Acetone | Sugar | Type Dosage & Injection Site | Time | NURSE'S SIGNATURE |
| 9-11-12 | 0600 | | | | ALREADY EATEN | | |
| 9-11-12 | 1715 | | | 213 | EATEN SOME | | |
| 9-12-12 | 0630 | | | 189 | | | Medicated |
| 9-12-12 | 1700 | | | 230 | | | |
| 9/13/12 | | | | 174 | | | |
| 9/13/12 | 1700 | | | 195 | | | |
| 9/14/12 | 0627 | | | 150 | | | Medicated |
| 9/14/12 | 1700 | | | 176 | | | |
| 9/15/12 | 0630 | | | 163 | | | |
| 9/15/12 | 1700 | | | 1101 | | | |
| 9/1/12 | | | | 143 | | 0630 | |
| 9/16 | 1715 | | | 241 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CFMG-DC-1

000070



**CFMG**
**California Forensic Medical Group**
I N C O R P O R A T E D

## DIABETIC CHART

NAME: LOPEZ JESUS                BKG#_____                DOB ▬▬▬▬▬

| URINE TEST INFORMATION | | | | BLOOD | INSULIN | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Hour | Sugar | Acetone | Sugar | Type Dosage & Injection Site | Time | NURSE'S SIGNATURE |
| 8-9 | | | | 273 | | 1650 | ω273 |
| 8-10 | | | | 169 | | 0630 | BP#169 |
| 8-10 | | | | 305 | | 1200 | BP |
| 8/11/12 | | | | 223 | | 0650 | |
| 8/11/12 | | | | 294 | | 1700 | |
| 8/12/12 | | | | 125 | | 0645 | |
| 8-12-12 | | | | 294 | | 1700 | BP |
| 8/13/12 | | | | 216 | | 0600 | |
| 8/13/12 | | | | 300 | | 1700 | |
| 8/14 | | | | 197 | | 0600 | HB |
| 8/14/12 | | | | 216 | | 1635 | ω223 |
| 8/15/12 | | | | 217 | | 1623 | Nh235 |
| 8-15-12 | | | | 268 | | 1643 | ω223 |
| 8-16-12 | | | | 193 | | 0620 | BP#169 |
| 8/17/12 | | | | | NO UNITS FOR TEST | 1200 | F22 |
| 8-18-12 | | | | NO | FINGERSTICKS | 0630 | BP#169 |
| 8/19/12 | | | | NO | FINGERSTICKS | 1700 | |
| 8/21/12 | | | | NO | FINGERSTICKS | 0645 | Nh235 |
| 8/21 | | | | N/A | No 6AM ACS | 1700 | |
| 8/22 | | | | | No FINGERSTICKS | Nate | ω223 |
| 8/23 | | | | | NO FINGERSTICKS | | ω223 |
| 8/24 | | | | | NO FINGERSTICK | | ω223 |
| 8/27 | | | | | " " | | |

000071

## CFMG

**California Forensic Medical Group**
INCORPORATED

## DIABETIC CHART

NAME: LOPEZ, JESUS    BKG#_____    DOB ▉▉▉▉▉

| URINE TEST INFORMATION | | | | BLOOD | INSULIN | | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) |
| Date | Hour | Sugar | Acetone | Sugar | Type Dosage & Injection Site | Time | NURSE'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| 7/28 | | 063~ | | 155 | | 0630 | [signature] |
| 7/28 | | | | 200 | | 1620 | [signature] |
| 7/28 | | | | 178 | | 0635 | [signature] |
| 7/29 7/30 | | | | 139 | REFUSED | | #26 m#238 |
| 07/30 | | | | 174 | | 0048 | [signature] |
| 7/31 | | | | | RF | | [signature] |
| 8/1 | | | | 190 | | 0123 | [signature] |
| 8/1 | | | | | R | 1700 | [signature] |
| 8/02 | | | | 171 | | 0611 | [signature] |
| 8-2 | | | | 247 | | 1635 | [signature] |
| 08/03 | | | | 175 | | 0622 | [signature] |
| 8/3 | | | | 250 | | 1638 | [signature] |
| 8/4 | | | | 161 | | 0623 | [signature] |
| 8-4 | | | | 237 | | 1700 | #160 |
| 8/5 | | | | | REFUSED | 0630 | [signature] |
| 8/5 | | | | 270 | | 1200 | #169 |
| 8/02 | | | | | ALREADY ATE BREAKFAST | | [signature] |
| 8/6/12 | | | | 257 | | | [signature] |
| 8/7/12 | | | | 160 | | 0605 | [signature] |
| 8-7 | | | | 231 | | 1645 | [signature] |
| 8/8/12 | | | | 198 | | | #73 |
| 8-8 | | | | 261 | | 1646 | [signature] |
| 8/9 | | | | 190 | | 0619 | [signature] 000072 |

CFMG-DC-1



## CFMG
**California Forensic Medical Group**
I N C O R P O R A T E D

## DIABETIC CHART

NAME: Lopez, Jesus                    BKG#_____                    DOB ▮▮▮▮▮▮

| | URINE TEST INFORMATION | | | BLOOD | INSULIN | | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) | |
| Date | Hour | Sugar | Acetone | Sugar | Type Dosage & Injection Site | Time | NURSE'S SIGNATURE |
|------|------|-------|---------|-------|------------------------------|------|-------------------|
| 7/16/12 | | | | 150 | | 0630 | _(sig)_ |
| 7/16 | | | | 216 | | 1651 | _(sig)_ |
| 7/17/12 | | | | 156 | | 0640 | _(sig)_ |
| 7/17 | | | | - 183 | | 1640 | _(sig)_ |
| 07/18 | | | | 193 | | 01025 | _(sig)_ |
| 7-18 | | | | 261 | | 1651 | ur 223 |
| 07/19 | | | | 152 | | 0629 | _(sig)_ |
| 7/19 | | | | 196 | | 1754 | _(sig)_ |
| 7-20 | | | | 190 | | 0650 | _(sig)_ #169 |
| 7-20 | | | | 229 | | 1700 | ur 227 |
| 7-21 | | | | 204 | | 0151 | _(sig)_ #234 |
| 7-21 | | | | 180 | | 1700 | _(sig)_ #129 |
| 7-22 | | | | 192 | | 0706 | m_ |
| 7/22 | | | | 195 | | 1700 | _(sig)_ |
| 7/23 | | | | 187 | | 0640 | ur #238 |
| 7/23 | | | | 235 | | 1513 | _(sig)_ |
| 7/24/12 | | | | 163 | | 0555 | _(sig)_ |
| 9/29/12 | | | | 202 | | 1700 | Colt 23 |
| 7/25/12 | | | | 153 | | 0630 | _(sig)_ |
| 7/25 | | | | 141 | | 1700 | _(sig)_ |
| 07/26 | | | | 159 | | 0651 | _(sig)_ |
| 7/26 | | | | 230 | | 1637 | ur 203 |
| 7-27 | | | | 139 | | 0600 | _(sig)_ 238 |
| 7-27 | | | | 202 | | 1620 | _(sig)_ |

000074



**CFMG**
**California Forensic Medical Group**
**I N C O R P O R A T E D**

## DIABETIC CHART

NAME: Lopez Jesus          BKG# 1510000333 DOB

| Date | Hour | URINE TEST INFORMATION Sugar | Acetone | BLOOD Sugar | INSULIN Type Dosage & Injection Site | Time | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) NURSE'S SIGNATURE |
|------|------|-------|---------|-------|------|------|------|
| 7/3/12 | 1200 | | | 196 | | | |
| 7/4/12 | 0600 | | | Refused | | | DB#189 |
| 7-4-12 | 1700 | | | Refused | | | UL223 |
| 7/5/12 | 0653 | | | REFUSED | | | NP229 |
| 7-5-12 | 1700 | | | Refused | | | |
| 7/6/12 | 0636 | | | REFUSED | | | NP23 |
| 7/6/12 | 1700 | | | Refused | | | UL223 |
| 7/1/12 | 0700 | | | Refused | | | |
| 7/7/12 | 1625 | | | Refused | | | KK |
| 7/8/12 | 0630 | | | Refused | | | |
| 7/8/12 | | | | RF | | | 276 |
| 7/11/12 | | | | Refused | | | |
| 7/8 | 1700 | | | Refused | | | 149 |
| 07/10/12 | 0639 | | | REFUSED | | | NP28 |
| 7/10/12 | 1640 | | | 272 | | | 226 |
| 7/11/12 | 0652 | | | 121 | | | #773 |
| 7/11/12 | 1049 | | | 235 | | | UL223 |
| 7/12/12 | 0635 | | | 121 | | | NP235 |
| 7/12/12 | 1635 | | | 192 | | | UL223 |
| 7/13/12 | 0630 | | | 137 | | | #773 |
| 7/13/12 | 1700 | | | 218 | | | |
| 7/14/12 | 0631 | | | 157 | | | |
| 7/14 | 1641 | | | 215 | | | 226 |
| 7/15/12 | 0630 | | | 197 | | | 000075 |



### CFMG
**California Forensic Medical Group**
I N C O R P O R A T E D

## DIABETIC CHART

NAME: LOPEZ Jesus          BKG# 151000 3332      DOB ▮▮▮▮▮

| URINE TEST INFORMATION | | | BLOOD | INSULIN | | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) |
| Date | Hour | Sugar | Acetone | Sugar | Type Dosage & Injection Site | Time | NURSE'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| 9/6/21 | 8641 | | | 140 | | | MP 228 |
| 06-21 | 1700 | | | 176 | | | w223 |
| 06/22 | 0630 | | | 123 | | | Kokum |
| 6/22 | 1630 | | | 224 | | | 12#14 |
| 6/23/12 | 0631 | | | 116 | | | Cuth |
| 6/13/12 | | | | 121 | | | 0024226 |
| 6/24/12 | 0630 | | | 118 | | | Cuth |
| 6-24-12 | 1638 | | | 187 | | | B#29 |
| 6/25/12 | 0640 | | | 114 | | | Cuth |
| 6/12/12 RF | | | | | | | CN#212 |
| 6/26 | 0623 | | | 112 | | | XLW |
| 6/26 | 1700 | | | 146 | | 1700 | Jw226 |
| 6/27 | 0645 | | | 121 | | 0645 | MP238 |
| 6/27 | 1700 | | | 156 | | | w223 |
| 06/28 | 0700 | | | REFUSED | | 0700 | MP228 |
| 6/28 | 1700 | | | REFUSED | | | Jw 226 |
| 6/29 | 0640 | | | REFUSED | | | VP235 |
| 6/29 | 1700 | | | 160 | | | w223 |
| 6/30 | 0630 | | | Refused | | | Cuth |
| 6/30 | 1700 | | | Refused | | | RO #49 |
| 7/1/12 | 0655 | | | Refused | | | K Kym |
| 7/1/12 | 1700 | | | 146 | | | CA#26 |
| 7/2/12 | 0640 | | | Refused | | | K Kym |
| 07/02/12 | 1641 | | | REFUSED | | | MP228 |

000076



**CFMG**
**California Forensic Medical Group**

Colusa Co Jail Medical Service
929 Bridge Street Colusa CA 95932

# Fax cover sheet

Date: 07-07-11
From: Jim Holt FNP        To:  Del Norte Clinic
Tel:  530-458-0235         Attn: Medical Records
Fax:  530-458-2665         Fax: (530) 458-7830

Pages including cover sheet: ____2_____

Medical records request for Jesus Lopez DOB: ██████

Have a nice day,

Jim Holt FNP

02-22-12
Second request
J Holt FNP

FAXED By: Jim Holt
Date: 02-22-12

FAXED By: Jim Holt FNP
Date: 07-07-11

Jeremy R. Carter, MD

**Confidentiality Notice**
The information in this fax may be confidential and /or privileged. If you are not the intended recipient or an
authorized representative of the intended recipient, you are hereby notified that any review, dissemination or
copying of this fax and its attachments, if any, or the information contained herein is prohibited. If you have
received this fax in error, please immediately notify the sender by phone or fax.

# CFMG

## California Forensic Medical Group
### INCORPORATED

## DIABETIC CHART

NAME: LOPEZ   Jesus          BKG# 1510003332   DOB: ▆▆▆▆▆

| URINE TEST INFORMATION | | | | BLOOD | INSULIN | | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) |
| Date | Hour | Sugar | Acetone | Sugar | Type Dosage & Injection Site | Time | NURSE'S SIGNATURE |
|------|------|-------|---------|-------|------|------|------|
| 7/8/11 | 0800 | | | 90 | | | ☐H 276 |
| 7/8/11 | 1700 | | | | NO STRIPS. | | WZZ3 |
| 7/9/11 | 0630 | | | 76 | | | Attn |
| 7-9-11 | 1700 | | | 89 | | | 30 ᵗʰ cs |
| 7/10/ | | | | 76 | | 0630 | Attn |
| 7/10/11 | 1638 | | | 76 | | | LK     4c |
| 7/11/ | | | | 73 | | 0630 | Nattn |
| 7/11 | | | | 92 | | 1200 | 8ʰ mg |
| | | | | | January 7 12 January 20 | | |
| | | | | | SEP 19 2011 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | 030096 |

CFMG-DC-1

**CFMG**

California Forensic Medical Group
I N C O R P O R A T E D

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

PATIENT NAME  LOPEZ , Jesus                    BIRTH DATE ████████

SOC. SEC. #  568 - 29 - 7659                BOOKING #  151000 3332

I, The Undersigned, hereby authorize  Del Norte Clinic ; Colusa

to provide for my medical record the information specified below:

To:  Colusa Jail Medical

Purpose:  To Direct Treatment

The information supplied is  to include confiden-
tial information regarding drug / alcohol use:  yes

The information supplied is
restricted to time period  covered:  1 year

Release or transfer of the specified information to any person or entity not specified herein is prohibited. An additional
written consent must be obtained for a proposed new use of the information or for its transfer to another person or entity.

This authorization shall be valid until:  release from custody

Patient Signature:  Jesus A Lopy

or Authorized Rep.:                          Date  7-7-11

(Relationship to patient: _____ )

Witness:  _____

**FAXED** By: Jim Holt FNP
Date: 7-7-11

I understand that I have a right to receive a copy of this authorization upon my request.

Copy requested and received:          YES ☑          NO ☐          Initial:  JAL

02-22-12
Second
request
Jr Holt FNP

Jeremy R___ MD
Jeffrey P. Amay MD

(EL OTRO LADO EN ESPAÑOL)

SEP 09 2011

**FAXED** By: Jim Holt FNP
Date: 02-22-12

CFMG AR1

000097

Web  Images  Videos  Maps  New  Shopping  Mail  more ⌄                sugarloafws@hotmail.com ⌄

# Google

walmart pharmacy fairfield calif   ✕

About 259,000 results (0.14 seconds)                    Advanced search

Everything

Images

Videos

News

Shopping

Places

More

Sacramento, CA
Change location

All results
Related searches

More search tools



7-7-11

NO pharmacy
for Walmart in
Fairfield Ca

J Halorin

► **Walmart® Pharmacy | Walmart.com** ·                    Ad
www.walmart.com/Pharmacy
walmart.com is rated ★★★★☆ 721 reviews
Trust **Walmart** for Affordable Prices on Your Prescriptions!

**Search Results - Walmart.com - Store Finder
Results** ⚲
www.walmart.com/...
/ca_storefinder_results.do?sfsearch...CA - Cached
McDonald's®; Pharmacy; Vision Center; Garden Center;
Canopy Home Collection. More Details. 2701 N Texas St.
Fairfield, CA 94533. Phone: (707) 428-4792 ...

**Places for walmart pharmacy near Fairfield, CA**

**Walmart Supercenter** ⚲ -
15 reviews - Place page
www.walmart.com - 1501 Helen Power Dr, Vacaville -
(707) 451-0166

**Walmart Supercenter** ⚲ -
31 reviews - Place page
www.walmart.com - 7011 Main St, American Canyon -
(707) 557-4393

**Walmart Pharmacy** ⚲ - Place page
www.walmart.com - 681 Lincoln Avenue, Napa -
(707) 224-7120

More results near **Fairfield, CA** »

**Walmart.com: Save money. Live better.** ⚲
www.walmart.com/ - Cached
... baby gear and more. Shop online and save money to live
better, at ...

**Walmart.com - Store Detail** ⚲
www.walmart.com/...
/ca_storefinder_details_short.do?... - Cached
Crafts & Party Supplies. **Pharmacy**, Health & Beauty.
Grocery & Pets ...

Show more results from walmart.com

**Wal-Mart Pharmacy - Fairfield California (CA)**
www.ucomparehealthcare.com › ... › California (CA) ›
Fairfield - Cached
Get directions and store information for **Wal-Mart Pharmacy**
300 Chadbourne Rd in **Fairfield, California** (CA).
Show map of 300 Chadbourne Rd, Fairfield, CA 94534

**Walmart** Locations & **Walmart** Hours in
California ⚲
www.priceviewer.com/walmart_locations/CA.html - Cached
Complete list of **Walmart** locations in **California**, Walmart
hours of operation ... including locations, **walmart** store
hours, **pharmacy** hours, phones and maps etc. ... **Wal-Mart** in
**Fairfield**. 300 Chadbourne Road. Phone: (707) 428-4792.

**CFMG**
**California Forensic Medical Group**
I N C O R P O R A T E D

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

NAME: LOPEZ (Last)   Jesus (First)   A (M.I.)   DOB: ▓▓▓▓   BOOKING NO.: 1510003332

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| F/12 | 08-21-12 11:15 | O: Gen WDWN in NAD  T 98⁶ P 82 R 14 BP 139/86 |
| | | Snellen: OD 20/13  OS 20/13  OU 20/13 |
| | | HEENT PERRLA  consensual response present ō nystch Fundoscopic disks flat vessels norm ⊘ hemorrhages or exudates |
| | | MS ⊕ mild redness ē swelling over (R) great along nailplate border. Toenails appear discolored white ē brittle nailplate |
| | | A Ingrown (R) great toenail error Normal eye exam |
| | | P Amoxicillin 500mg ī cap po TID x 7 days #21 IBU 600mg ī tab po BID x 14 days #28 Instructed pt to request appointment ē optometry through custody. Pt to pay for cost of exam and optometry costs. Instructed pt in proper toenail clipping techni FLU if worsens |
| | | AUG 28 2012   [signature] |
| 1 | 08-22-12 16:00  LF | Pt's lab work reordered from 6/20-12 P/t filost drawn not completed by Colusa Regional Medical Center. Spoke ō officer Breton who will transport IM to Quest. Plan for sick call once lab results received |
| | | Jeremy B. Castin, MD [signature] |
| | | Jeremy P. Astin, MD [signature] |
| | | SEP 14 2012 |

PROGRESS NOTES

CFMG SOAP1

000106

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

**CFMG**
**California Forensic Medical Group**
INCORPORATED

NAME: LOPEZ   Jesus   A   DOB: ~~████~~   BOOKING NO.: 151000 3332
(Last)   (First)   (M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| 1,2 | 6-20-12 1500 | S ① Pt seen for 1 yr Health screening, see physical section for PE form R/T encounter<br>② c/o worsening GERD Sxn, had recent court trial and stress of proceedings s caused heartburn that not controlled by ro'ids/tums were purchased on commissary. Requesting stronger med.<br>③ Hx HTN post BP 160/80. Pt admits feeling very anxious, "I'm not happy about the way things are going"<br>④ Worsening feelings of anxiety may be some depression. My trial has me really anxious "I had a hard time watching my mother leave the court s the verdict ⊕ bilat hand tre<br>ROS 2 wk h/o poly phagia, poly dipsia and poly uria ⊖ F/C ⊖ HA ⊕ fatigue ⊖ ∆ vision ⊖ CP ⊖ palpitations ⊖ SOB/wheezing ⊖ Abd pain ⊖ N/V ⊖ diarrhea. ⊖ numbness or tingling extremities. See 3 page colour mental health client Questionnaire<br>O: Gen WDWN appears in distress, crying<br>T 98² P 62 R 12 BP 160/80 Wt 223 O₂ Sat 98 RA<br>Skin W/D/I<br>HEENT unremarkable<br>neck ⊕ thyroid nontender<br>CV RRR s₁ s₂ ⊖ m/c/r/g ⊖ carotid ⊖ aortic ⊖ renal or femoral bruits<br>Lungs CTA<br>Abd Soft BS ⊕ x 4 ⊖ m/o/g<br>(See PE for in physical section of chart |

PROGRESS NOTES   Jeremy R. Austin, MD
Jeremy R. Austin M.D.

CFMG SOAP1

JUN 25 2012   000110

CFMG
**California Forensic Medical Group**
I N C O R P O R A T E D

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

NAME: LOPEZ (Last)   Jesus (First)   A (M.I.)   DOB: ███████   BOOKING NO: 1576603832

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| 1 | 2-17-2012 1732 | Case discussed with Jim Holt, FNP. Discussed attempting again to get ROI from PCP to discuss diabetes history / need for lantus. FSBG done here well wnl ___ ___ ___ |
| | | ⟋ Jeffrey E. Austin M.D. |
| | | FEB 17 2012 |
| 2 | 2-29-12 10:00 | S: c/o heartburn intermittent over epigastric region tx past ē prilosec OTC, Requesting have more Rx bring in medication |
| | | ROS ⊖ CP ⊖ SOB ⊖ N/V ⊖ bloating ⊖ constipation ___ ⊖ blood stool |
| | | O: Gen ⊖ DN WN in NAD T 97 P 70 R 12 BP 130/82 |
| | | OV PRR sore ē M ___ |
| | | lungs CTA |
| | | Abd soft BS ⊕ x 4 ⊖ mass ⊘ organomegaly ⊖ tenderness |
| | | ⟋ ___ referred |
| ⟋ ___   P AUSTIN ___ MAR 05 2012 | | A: GERD |
| | | P: Famotidine 20 mg ī po qd x 14 days |
| | | Blood stool x 14 days |
| | | F/U if sx's persist / dx |
| | | J Austin NP |

PROGRESS NOTES

CFMG SOAP1

000112

**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

NAME: LOPEZ (Last)   Jesus (First)   A (M.I.)   DOB: ▮▮▮▮   BOOKING NO.: 1510003332

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| 1. | 07-07-11 09:00 | O: Gen WDWN in NAD T97² P72 R12 BP ¹³/ |
| | | Skin w/DI ⊥ |
| | | HEENT Fundiscopic disks flat vessels norm |
| | | ⊖ hemorrages/exodate |
| | | neck ⊖ Thyroid nontender |
| | | CV RRR s/se s̄ m/r/e |
| | | Lungs CTA |
| | | Abd Soft BS⊕ x4 ⊖ mass ⊖ organomeg |
| | | ⊖ tenderness |
| | | A Triage NIDDM |
| | | Triage HTN |
| | | GERD |
| | | Restless Leg Syndrome |
| | | P OTC tylenol 325mg ⊤⊤ tab po QID prn pain |
| | | OTC tums ⊤⊤ tab. chewed QID prn for heart |
| | | Bland Diabetic diet DOS |
| | | BP✓ QOD x3 → CR |
| | | FSBS BID @ 0600 and 1700 x 7days → |
| | | ROI pharmacy and medical records |
| | | FNP S/C once records received for review |
| | | J Holt RNP. |
| | | |
| 1 | 7-7-11 11:00 | Attempted to get FNP information for Walmart |
| | | pharmacy Fairfield no Fairfield site exists After |
| | | ed to get contact information for Dr Ann Chun |
| | | in Vacaville and surrounding regions no MD |
| | | found by Google search. Discussed this inform |
| | | c̄ pt and he could not give me additional |
| | | information to gather medical/pharmacy records |
| | | Will request old records from Del Norte Clinic |
| | | J Holt RNP |

PROGRESS NOTES

CFMG SOAP1

000118



**CFMG**
California Forensic Medical Group
INCORPORATED

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

NAME: LOPEZ Jesus    DOB: ▮▮▮▮▮    BOOKING NO: 15100 3332
(Last)   (First)   (M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 07-07-11 09:00 | S ① 38 y.o hispanic → claims h/o NIDDM × 1 yr, tx c̄ metformin 500mg Bid past not seen by PCP in over 9 month in Colusa @ Del Norte Clinic. Also states saw provider named Ann chung ms in Vacaville Ca 3 months ago. No Rx over 90 days Last received med @ Walmart fairfield |
| | | ② Claims hx HTN × 1 yr tx c̄ med unknown Lisinopril? Also seen by Dr Chung for same c̄ similar tx |
| | | ③ hx GERD × 4 yrs c̄ heartburn inter- P all meals. Tx c̄ otc prilosec zantac & requesting of same |
| | | ④ hx restless leg syndrome × 3 yrs, c̄ intermittent leg tremors off medication recently. Seen by Dr Chung. tx c̄ Requip. Requesting same R/T "I cannot sleep p̄ pain" |
| | | ROS ⊖ HA ⊖ Δ vision ⊖ non-healing skin lesion ⊖ cp ⊖ SOB ⊖ abd pain ⊖ peripheral edema ⊖ polyuria ⊖ polydipsia ⊖ polyphagia ⊖ neuropathy / edema of extremities |
| | | PMHx medical: see above otherwise none Surgical: none Allergies: NKDA medications: none presently Hx: Tob 1 cigarette daily EtOH 1 beer weekly ⊖ illegal drug use Family hx: DM, HTN, Hyperlipidemia + mother |

PROGRESS NOTES

CFMG SOAP1

030119