1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESUS ANDRES LOPEZ,                    No.  2:12-cv-1571 DAD P

12              Plaintiff,

13         v.

14    COLUSA COUNTY SHERIFF'S               ORDER
      DEPARTMENT et al.,
15
               Defendants.
16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under

18    42 U.S.C. § 1983.  On November 21, 2013, the court granted defendants' motion for summary

19    judgment, which addressed only plaintiff's claim that defendants' treatment of his diabetes

20    condition was constitutionally inadequate.  In the court's order, the defendants were informed that

21    they could file a motion for leave to act out of time to file a second motion for summary judgment

22    addressing plaintiff's remaining Fourteenth Amendment claims regarding defendants' treatment

23    of plaintiff's high blood pressure, acid-reflux, and restless leg syndrome conditions.  Pending

24    before the court is defendants' motion for a fifteen-day extension of time to file a second motion

25    for summary judgment.

26         Good cause appearing, IT IS HEREBY ORDERED that:

27         1.  Defendants' motion for an extension of time to file a second motion for summary

28    judgment (Doc. No. 36) is granted; and

                                        1

1        2.  Within fifteen days of the date of this order, defendants shall file a second motion for

2    summary judgment on plaintiff's remaining Fourteenth Amendment claims.  Plaintiff shall file an

3    opposition to the motion within thirty days of service of the motion.  Defendants shall file a reply,

4    if any, within fourteen days of service of plaintiff's opposition.

5    Dated:  December 10, 2013

6

7    _____
    DALE A. DROZD
8        UNITED STATES MAGISTRATE JUDGE

9    DAD:9
    lope1571.msj

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2